**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

LARNELL WASHINGTON,

Plaintiff,

v. Case No. 24-C-290

CITY OF MILWAUKEE, KATHERINE HEIN SPANO, and GILBERT HERNANDEZ,

Defendants.

---

**UNOPPOSED CIVIL L. R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION TO EXTEND DEFENDANTS' DEADLINE TO FILE**

---

NOW COME Defendants City of Milwaukee, Katherine Hein Spano, and Gilbert Hernandez, with the agreement of Plaintiff, to respectfully request that the Court extend Defendants' deadline to file a brief in reply to Plaintiff's brief in opposition from August 12, 2026, to August 26, 2026.

As reasons for this motion, Defendants state and aver:

1. The parties have worked collaboratively in an attempt to narrow and clarify the issues as summary judgment. *See generally* ECF Nos. 29 and 30.
2. Notwithstanding those efforts, due to the factual and legal complexity of the case the parties have had to ask the Court to reset its scheduling deadlines.
3. Undersigned counsel has devoted significant time and energy to this case and made every effort to timely complete Defendants' reply brief, however in light of the press of other equally important and time-sensitive matters counsel does not anticipate being able to complete and file a responsive pleading on or before the existing deadline meeting the

professional standards to which counsel and the Court reasonably expect of members of the bar.

4. Undersigned counsel has conveyed the same to Plaintiff's counsel, who does not object to the requested extension.

WHEREFORE, Defendants respectfully request that the Court extend Defendants' deadline to file their reply brief from August 12, 2026 to August 26, 2026.

Dated and signed at Milwaukee, Wisconsin on the 7th day of August, 2026.

EVAN GOYKE
City Attorney

s/Clint B. Muche
CLINT B. MUCHE
State Bar No. 1131629
Assistant City Attorney
MATTEO REGINATO
Assistant City Attorney
State Bar No. 1089724

*Attorneys for Defendants*

**ADDRESS:**
200 E. Wells Street, Suite 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: cbmuche@milwaukee.gov
Email: MReginato@milwaukee.gov